IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00544-EWN-CBS

CRAIG L. POINDEXTER,
    Applicant,
v.

ARISTEDES ZAVARAS, D.O.C. Exec. Director,
WARDEN REID of Colorado State Pent., and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,
    Respondents.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Mr. Poindexter's "Motion to Approach the Court to Illustrate how Mr. Poindexter's XIV Amend. Const. Rights Have Continued to Be Violated" (filed April 30, 2008) (doc. # 25). Pursuant to the Order of Reference dated May 10, 2007 (doc. # 8) and the memorandum dated April 30, 2008 (doc. # 26), this matter was referred to the Magistrate Judge. The court has reviewed the Motion and the entire case file and is sufficiently advised in the premises.

    Mr. Poindexter argues further why the Magistrate Judge's Recommendation (doc. # 17) is in error and asks that Judge Nottingham grant his application for relief. Accordingly,

    IT IS ORDERED that Mr. Poindexter's "Motion to Approach the Court to Illustrate how Mr. Poindexter's XIV Amend. Const. Rights Have Continued to Be Violated" (filed April 30, 2008) (doc. # 25) is GRANTED to the extent that it will be treated as a supplement to his "written objections," appeal, and statement of "newly discovered

evidence" (*see* docs. # 18, # 20, # 21, # 22, and # 24) already directed to the February 22, 2008 Recommendation of United States Magistrate Judge.

DATED at Denver, Colorado, this 1st day of May, 2008.

BY THE COURT:


　　s/Craig B. Shaffer　　
United States Magistrate Judge