FILED
United States Court of Appeals
Tenth Circuit

September 25, 2008

Elisabeth A. Shumaker
Clerk of Court

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

―――――――――――――――――――――

| | |
|---|---|
| In re: | |
| CRAIG L. POINDEXTER, | No. 08-1321<br>(D.C. No. 1:07-cv-00544-EWN-CBS)<br>(D. Colo.) |
| Movant. | |

―――――――――――――――――――――

ORDER

―――――――――――――――――――――

Before **TACHA**, **GORSUCH**, and **HOLMES**, Circuit Judges.

―――――――――――――――――――――

Craig L. Poindexter petitions this court for a writ of mandamus directing the United States District Court for the District of Colorado to take action on his pending habeas application. The magistrate judge issued a report and recommendation on February 22, 2008. Mr. Poindexter filed written objections and other documents in March and April, so the matter has been pending before the district court judge for only about five months. Although "writs of habeas corpus are intended to afford a swift and imperative remedy in all cases of illegal restraint or confinement," *Johnson v. Rogers,* 917 F.2d 1283, 1284 (10th Cir. 1990) (quotation omitted), this delay is not enough to warrant the extraordinary relief of a writ of mandamus.

The motion for leave to proceed without prepayment of costs or fees is GRANTED. The motion for appointment of counsel is DENIED. The petition for a writ of mandamus is DENIED.

Entered for the Court

ELISABETH A. SHUMAKER, Clerk