IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00544-EWN-CBS

CRAIG L. POINDEXTER,
    Applicant,
v.

ARISTEDES ZAVARAS, D.O.C. Exec. Director,
WARDEN REID of Colorado State Pent., and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,
    Respondents.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Mr. Poindexter's "Motion for Clarification" (filed October 22, 2008) (doc. # 31). Pursuant to the Order of Reference dated May 10, 2007 (doc. # 8) and the memorandum dated October 23, 2008 (doc. # 32), this matter was referred to the Magistrate Judge. The court has reviewed the Motion and the entire case file and is sufficiently advised in the premises.

    Mr. Poindexter requests a court order to obtain "a copy of Mr. Poindexter's mental health file and a letter from Deputy D.A. Marly McKlintoc [sic]" to submit as "a part of the court[']s record." Mr. Poindexter fails to demonstrate how his "mental health file" and a letter from a Deputy District Attorney are relevant to the pending issues in this case. On February 22, 2008, the Magistrate Judge recommended dismissal of Mr. Poindexter's habeas petition based on his failure to exhaust state remedies and because he was properly subject to mandatory versus discretionary parole. (*See* doc. # 17). Mr. Poindexter has extensively supplemented the record in this case since the

Recommendation of United States Magistrate Judge was filed on February 22, 2008. (*See* docs. # 18, # 20, # 21, # 22, # 24, # 25, # 27). Mr. Poindexter's "mental health file" and a letter from a Deputy District Attorney do not appear to have any bearing on the issues before the court in this case. Accordingly,

IT IS ORDERED that Mr. Poindexter's "Motion for Clarification" (filed October 22, 2008) (doc. # 31) is DENIED to the extent that he seeks to submit to this court copies of his "mental health file and a letter from Deputy D.A. Marly McKlintoc [sic]."

DATED at Denver, Colorado, this 23rd day of October, 2008.

BY THE COURT:

s/Craig B. Shaffer
United States Magistrate Judge