IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00544-PAB-CBS

CRAIG L. POINDEXTER,

    Applicant,

v.

ARISTEDES ZAVARAS,
WARDEN REID,
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

ORDER DENYING CERTIFICATE OF APPEALABILITY

---

Brimmer, Judge

    Applicant has filed a notice of appeal from this court's final order denying his Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 and dismissing the action. The court has reviewed the file and finds that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) should not be issued because Applicant has not made a substantial showing of the denial of a constitutional right. Accordingly, it is

    ORDERED that a certificate of appealability will not be issued.

    DATED at Denver, Colorado this 15th day of January, 2009.

    BY THE COURT:

    s/Philip A. Brimmer
    JUDGE, UNITED STATES DISTRICT COURT
    FOR THE DISTRICT OF COLORADO